1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Alicia A. Bower, State Bar No. 287799
   Supervising Deputy Attorney General
3  Arthur B. Mark III, State Bar No. 220865
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7345
6    Fax:  (916) 324-5205
     E-mail:  Arthur.Mark@doj.ca.gov
7  *Attorneys for Defendants*
   *California Department of Corrections and*
8  *Rehabilitation, State of California, and J. Solorio*

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    FRESNO DIVISION

12

13

14 **NICOLE DOE,**                          Case No. 1:24-cv-01382-JLT-BAM

                              Plaintiff,    **STIPULATION EXTENDING TIME FOR**
15                                          **DEFENDANTS STATE OF**
                                            **CALIFORNIA, CALIFORNIA**
16         v.                               **DEPARTMENT OF CORRECTIONS**
                                            **AND REHABILITATION, AND**
17 **STATE OF CALIFORNIA, et al.,**         **SOLORIO TO RESPOND TO**
                                            **PLAINTIFF'S COMPLAINT; AND**
18                            Defendants.
                                            **[PROPOSED] ORDER**
19

20                                          Judge:       Hon. Barbara A. McAuliffe
                                            Trial Date:  None Set
21                                          Action Filed: November 12, 2024

22

23

24

25

26

27

28

                                      1

1    Plaintiff Nicole Doe purportedly served the California Department of Corrections and

2  Rehabilitation and Defendant Solorio with summonses and the complaint in this case on

3  November 15, 2024.  Defendant State of California was purportedly served on November 18,

4  2024.  Accordingly, Defendants Solorio and CDCR's responses to the complaint are currently due

5  December 16, 2024; and Defendant State of California's response is currently due December 18,

6  2024.  Fed. R. Civ. P. 12(a)(1)(A)(i); Fed. R. Civ. Proc. 6(a).

7    Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144(a), Plaintiff Nicole Doe

8  and Defendants State of California, CDCR, and Solorio, by and through their attorneys, stipulate

9  to an extension of time for Defendants to respond to Plaintiff's complaint to January 31, 2025.

10  Good cause for the extension exists as follows.

11    1.    The parties are considering whether early Alternative Dispute Resolution (ADR) may

12  be appropriate for this matter and additional time is needed for the parties to consider whether to

13  agree to early ADR, including additional time for Defendants' counsel to review the allegations

14  and consult with their clients;

15    2.    Defense counsel Deputy Attorney General Arthur B. Mark III's time to work on this

16  matter has been impacted by other matters, including but not limited to, a private mediation of

17  two matters, set for December 17, 2024; and

18    3.    The intervening Christmas and New Years holidays will impact availability of all

19  counsel and, specifically, defense counsel Deputy Attorney General Arthur B. Mark III will be

20  out of the office and out of state for a planned vacation from December 30, 2024 through January

21  10, 2025.

22    IT IS SO STIPULATED.

23

24

25

26

27

28

1

2

Dated:  December 11, 2024                                    Glenn, Agre, Bergman, & Fuentes LLP

3
                                                            By: /s/ *Lyn R. Agre*

4
                                                            *Attorneys for Plaintiff*
                                                            *Nicole Doe*

5
                                                            ROB BONTA
Dated:  December 12, 2024                                    Attorney General of California

6
                                                            ALICIA A. BOWER
                                                            Supervising Deputy Attorney General

7

8
                                                            */s/ Arthur B. Mark III*

9

10
                                                            ARTHUR B. MARK III
                                                            Deputy Attorney General

11
                                                            *Attorneys for Defendants*
                                                            *California Department of Corrections and*
                                                            *Rehabilitation, State of California, and*

12
                                                            *J. Solorio*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

## ORDER

2          Pursuant to the parties' stipulation and good cause appearing, the time for Defendants to

3   respond to Plaintiffs' complaint is extended to **January 31, 2025**.  The initial scheduling

4   conference remains set for February 20, 2025 at 08:30 AM in Courtroom 8 (BAM) before

5   Magistrate Judge Barbara A. McAuliffe.

6

7   IT IS SO ORDERED.

8      Dated:   **December 13, 2024**          ___ /s/ *Barbara A. McAuliffe* ___

9                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28