| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>ALICIA A. BOWER, State Bar No. 287799<br>Supervising Deputy Attorney General<br>JENNIFER BURNS, State Bar No. 312364<br>Deputy Attorney General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-6393<br> Fax: (916) 324-5205<br> E-mail: Jennifer.Burns@doj.ca.gov<br>*Attorneys for Defendants*<br>*California Department of Corrections and Rehabilitation, State of California, and J. Solorio* | GLENN AGRE BERGMAN & FUENTES LLP<br>LYN R. AGRE (CASBN 178218)<br>BURKE STRUNSKY (CASBN 203582)<br>580 California Street, Suite 1420<br>San Francisco, CA 94104<br>Telephone: (415) 599-0880<br>lagre@glenagre.com<br>bstrunsky@glenagre.com<br><br>*Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NICOLE DOE,**<br><br>                                        Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                                        Defendants. | 1:24-cv-01382-JLT-BAM<br><br>**STIPULATED MOTION TO STAY CASE PENDING SETTLEMENT DISCUSSIONS; AND**<br><br>**[PROPOSED] ORDER**<br><br>Judge:           Hon. Barbara A. McAuliffe<br>Trial Date:     Not Set<br>Action Filed: November 12, 2024 |

Plaintiff Nicole Doe and Defendants State of California, the California Department of Corrections and Rehabilitation, and J. Solorio (the parties), by and through their attorneys,[1] stipulate and jointly move this Court for an order staying this case and vacating pending deadlines and hearings pending completion of settlement discussions in this case. Good cause supports the motion as follows.

---

[1] Defendant Rodriguez has not been served and has not appeared in this action. The Office of the California Attorney General does not currently represent and does not anticipate representing Rodriguez.

1

1  The parties have conferred regarding early settlement and have agreed to pursue early settlement of this action informally.  Should informal settlement discussions stall, the parties agree to pursue either a settlement conference with the Court or private mediation.  Plaintiff intends to make an initial settlement demand within the next two weeks.  The parties anticipate that settlement will resolve this matter in its entirety.  To allow the parties to devote time to preparing for settlement, the parties have agreed that proceedings and discovery in this matter should be stayed and any pending deadlines or hearings vacated.

Accordingly, the parties jointly request that this matter be stayed and all pending deadlines and hearings be vacated, including the initial scheduling conference currently set for February 20, 2025, pending the completion of settlement discussions.  The parties will prepare and file a joint status report regarding settlement discussions within 90 days of entry of the stay.

Dated:  January 21, 2025                                   Respectfully submitted,

                                                           GLENN, AGRE, BERGMAN, & FUENTES LLP


                                                           /s/ *Lyn R. Agre*
                                                           LYN R. AGRE
                                                           *Attorneys for Plaintiff*
                                                           *Nicole Doe*

Dated:  January 21, 2025                                   Respectfully submitted,

                                                           ROB BONTA
                                                           Attorney General of California
                                                           ALICIA A. BOWER
                                                           Supervising Deputy Attorney General


                                                           JENNIFER BURNS
                                                           Deputy Attorney General
                                                           *Attorneys for Defendants*
                                                           *California Department of Corrections and Rehabilitation, State of California, and J. Solorio*

**ORDER**

Having considered the parties' stipulation, and good cause appearing, it is HEREBY ORDERED as follows:

1. The motion to stay this case pending settlement discussions (ECF No. 9) is GRANTED.
2. This action is STAYED, including all discovery, pending completion of settlement discussions.
3. All pending deadlines are VACATED, including the Scheduling Conference currently set for February 20, 2025.
4. The parties SHALL prepare and file a joint status report regarding settlement discussions within ninety (90) days following entry of this Order.

IT IS SO ORDERED.

Dated: **January 28, 2025**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE