UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-01382-JLT-BAM<br><br>ORDER GRANTING REQUEST TO CONTINUE STAY AND STAYING ACTION PENDING MEDIATION<br><br>(Doc. 11.) |

　　　On January 28, 2025, the Court stayed this action, including all discovery, pending completion of settlement discussions.  The Court directed the parties to file a joint status report within ninety days regarding settlement discussions.  (Doc. 10.)

　　　On April 23, 2025, Plaintiff Nicole Doe and Defendants State of California, the California Department of Corrections and Rehabilitation, and J. Solorio filed a status report.  (Doc. 11.) According to the report, the parties are attending private mediation on May 6, 2025.  They therefore request that this case remain stayed pending mediation and that they be permitted to file a second joint status report regarding settlement discussions following mediation and no later than May 12, 2025.  (*Id.* at 2.)

　　　Having considered the joint status report, and cause appearing, it is HEREBY ORDERED as follows:

　　　1.  The parties' request that this action remain stayed pending mediation (Doc. 11) is

1

GRANTED.

2. This action shall remain STAYED pending completion of mediation.

3. The parties SHALL prepare and file a joint status report regarding settlement discussions no later than May 12, 2025.

IT IS SO ORDERED.

Dated:   **April 24, 2025**                                   /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE