UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-01382-JLT-BAM<br><br>ORDER GRANTING REQUEST TO CONTINUE STAY AND STAYING ACTION<br><br>(Doc. 13) |

　　　On January 28, 2025, the Court stayed this action, including all discovery, pending completion of settlement discussions.  The Court directed the parties to file a joint status report within ninety days regarding settlement discussions.  (Doc. 10.)

　　　On April 24, 2025, the Court continued the stay in this action pending completion of mediation scheduled for May 6, 2025.  The Court directed the parties to file joint status report regarding settlement discussions no later than May 12, 2025.  (Doc. 12.)

　　　On May 12, 2025, Plaintiff Nicole Doe and Defendants State of California, the California Department of Corrections and Rehabilitation, and J. Solorio filed a second joint status report. (Doc. 13.)  According to the report, the parties attended private mediation on May 6, 2025.  They did not come to a resolution at the mediation, but are still informally discussing settlement.  The parties therefore request that the stay be extended by fifteen days and that they file a third joint status report on or before May 27, 2025.  (*Id.* at 2.)

1

Having considered the second joint status report, and cause appearing, it is HEREBY ORDERED as follows:

1. The parties' request that the stay be extended fifteen days (Doc. 13) is GRANTED.
2. This action shall remain STAYED pending informal settlement discussions.
3. The parties SHALL prepare and file a third joint status report regarding settlement discussions no later than **May 27, 2025**.

IT IS SO ORDERED.

Dated:   **May 13, 2025**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2