UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-01382-JLT-BAM<br><br>ORDER GRANTING REQUEST TO CONTINUE STAY AND STAYING ACTION<br><br>(Doc. 19) |

　　On January 28, 2025, the Court stayed this action, including all discovery, pending completion of settlement discussions. The Court directed the parties to file a joint status report within ninety days regarding settlement discussions. (Doc. 10.)

　　On April 24, 2025, the Court continued the stay in this action pending completion of mediation scheduled for May 6, 2025. The Court directed the parties to file joint status report regarding settlement discussions no later than May 12, 2025. (Doc. 12.)

　　On May 12, 2025, the parties reported that they attended private mediation on May 6, 2025. They did not reach a resolution, but were still informally discussing settlement. (Doc. 13.)

　　On May 13, 2025, the Court continued the stay in this action pending informal settlement discussions. The Court directed the parties to file a joint status report regarding settlement discussions no later than May 27, 2025. (Doc. 14.)

　　On May 28, 2025, the Court again continued the stay in this action pending informal

1

settlement discussions. The Court directed the parties to file a joint status report regarding settlement discussions no later than June 26, 2025. (Doc. 18.)

On June 26, 2025, Plaintiff Nicole Doe and Defendants State of California, the California Department of Corrections and Rehabilitation, and J. Solorio filed a fourth joint status report. The parties indicate that they are still informally discussing settlement. The parties therefore request that the stay be extended by thirty days and that they file a fourth joint status report on or before July 25, 2025. (Doc. 19.)

Having considered the third joint status report, and cause appearing, it is HEREBY ORDERED as follows:

1. The parties' request that the stay be extended an additional thirty days (Doc. 19) is GRANTED.
2. This action shall remain STAYED pending informal settlement discussions.
3. The parties SHALL prepare and file a fifth joint status report regarding settlement discussions no later than **July 25, 2025,** and include proposed dates for discovery and trial in this matter. See Doc. 3 (Joint Scheduling Report requirements).
4. The parties are advised that this action will not be stayed indefinitely for the purpose of settlement discussions, and the Court intends to set a schedule in this action. Accordingly, a STATUS/SCHEDULING CONFERENCE is set for **July 29, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** to address scheduling of this matter. The parties shall appear at the conference remotely with each party appearing via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire is required.

IT IS SO ORDERED.

Dated: **June 26, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3