# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No.  1:24-cv-01382-JLT-BAM<br><br>ORDER GRANTING STIPULATION RE FILING OF FIRST AMENDED COMPLAINT<br><br>(Doc. 26) |

On August 14, 2025, the parties appearing in this action filed a stipulation that (1) Plaintiff may file a First Amended Complaint on or before October 31, 2025, and (2) Defendants' responsive pleading will be filed thirty days after Plaintiff files the First Amended Complaint. (Doc. 26.)  The parties assert that good cause for the stipulation includes their agreement to engage in mediation before Judge Hon. Kendall J. Newman, Ret.  Although the mediation date has not been set, they have requested the mediator's availability for dates in September and October.  (*Id.*)

Having considered the parties' stipulation, and cause appearing, it is HERERBY ORDERED as follows:

1. Plaintiff shall file a First Amended Complaint on or before October 31, 2025.
2. Defendants shall file their responsive pleading within thirty (30) days after service of the First Amended Complaint.
3. The Scheduling Conference currently set for September 24, 2025, is continued to **November 20, 2025, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge**

1

**Barbara A. McAuliffe** with each party connecting remotely via Zoom video conference. The parties shall file a Joint Scheduling Report at least seven (7) days prior to the conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: __August 15, 2025__            ___/s/ Barbara A. McAuliffe___
                                                        UNITED STATES MAGISTRATE JUDGE

2