ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
JENNIFER BURNS, State Bar No. 312364
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-6393
 Fax:  (916) 324-5205
 E-mail:  Jennifer.Burns@doj.ca.gov
*Attorneys for Defendants*
*California Department of Corrections and*
*Rehabilitation, State of California, and J. Solorio*

GLENN AGRE BERGMAN &
FUENTES LLP
LYN R. AGRE (CASBN 178218)
BURKE STRUNSKY (CASBN 203582)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glenagre.com
bstrunsky@glenagre.com
*Attorneys for Plaintiff Nicole Doe*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NICOLE DOE,**<br><br>                                    Plaintiff,<br><br>          **v.**<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                                    Defendants. | Case No. 1:24-cv-01382-JLT-BAM<br><br>**NOTICE OF SETTLEMENT**<br><br>[Civ. L.R. 160]<br><br>Judge:        Hon. Barbara A. McAuliffe<br>Trial Date:    Not Set<br>Action Filed:  November 12, 2024 |

Pursuant to Civil Local Rule 160, Plaintiff Nicole Doe and Defendants California Department of Corrections and Rehabilitation (CDCR), J. Solorio, and the State of California hereby provide notice that this matter settled on October 17, 2025, following private mediation with the Honorable Kendall J. Newman (ret.).  The parties' agreement will resolve this case in its entirety.[1]

As permitted by Civil Local Rule 160(b), the parties respectfully request the Court allow the parties 45 days from the date that this notice is filed to file dispositional documents.  Good

---

[1] The Attorney General's Office does not represent Defendant G. Rodriguez, who has not appeared in this case.

1

cause exists for the parties' request because it will allow the parties sufficient time to prepare and execute the necessary documents to formalize their agreement.  The parties further request the Court vacate all pending deadlines in this case.

Dated:  October 20, 2025                    Respectfully submitted,

GLENN, AGRE, BERGMAN, & FUENTES LLP

*/s/ Lyn R. Agre* (as authorized on October 20, 2025)
LYN R. AGRE
*Attorneys for Plaintiff Nicole Doe*

Dated:  October 20, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

JENNIFER BURNS
Deputy Attorney General
*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation, State of California, and J. Solorio*

SA2024304423
39384552.docx

2

# CERTIFICATE OF SERVICE

Case Name: **Nicole Doe v. State of California, et al.**      No.   **1:24-cv-01382-JLT-BAM**

I hereby certify that on <u>October 20, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> ➢ **NOTICE OF SETTLEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 20, 2025</u>, at Sacramento, California.

|  |  |
|---|---|
| I. Martinez | */s/ I. Martinez* |
| Declarant | Signature |

SA2024304423
39387058.docx